

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of L.R.D., a Juvenile

No. 06-23-00026-CV

Appeal from the 115th District Court of Upshur County, Texas (Tr. Ct. No. J-11-22). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the juvenile court's orders of adjudication and disposition and remand the matter to the juvenile court for further proceedings consistent with this opinion.

We further order that the appellee pay all costs of this appeal.

RENDERED JANUARY 10, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk